Rew R. Goodenow, NV Bar No. 3722
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
RGoodenow@parsonsbehle.com

Attorney for Defendant **ALBEMARLE CORPORATION**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS and METALAST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC. et al, <br><br> Defendants. | Case No.: 3:19-cv-00125-MMD-CBC <br><br> District Judge Miranda M. Du <br> Magistrate Judge Carla Baldwin Carry <br><br> VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL <br><br> FILING FEE IS $250.00 |

R. Andrew Patty II, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of McGlinchey Stafford with offices at 1001 McKinney St, Suite 1500, Houston, Texas 770002 (713-520-1900).

2. That Petitioner has been retained personally or as a member of the law firm by Albemarle Corporation to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since October 6, 1995, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Louisiana where Petitioner regularly practices law. Petitioner attaches hereto a certificate from the state bar or from the clerk of the

595431.1

supreme court or highest admitting court for each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant membership therein is in good standing.

    4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Supreme Court | 06/18/2001 | 23892 |
| US Court of Appeals - Fourth Circuit | 11/19/1992 | 17550 |
| US Court of Appeals – Fifth Circuit | 10/26/1995 | 23892 |
| US Court of Appeals – Federal Circuit | 05/10/1995 | 23892 |
| District of Columbia Court of Appeals | 03/09/2018 | 166600 |
| EDNC | 09/21/1990 | 17550 |
| WDNC | 03/04/1992 | 17550 |
| MDNC | 03/04/1991 | 17550 |
| EDLa | 10/26/1995 | 23892 |
| MDLa | 10/26/1995 | 23892 |
| WDLa | 10/26/1995 | 23892 |
| SDTex. | 06/19/2014 | 24068590 |
| EDTex. | 04/12/2013 | 24068590 |
| Texas Supreme Court | 08/13/2009 | 24068590 |
| North Carolina Supreme Court | 08/18/1990 | 17550 |
| Louisiana Supreme Court | 10/06/1995 | 23892 |

    5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

595431.1

- 2 -

6. That Petitioner has never been denied admission to the State Bar of Nevada? (Give particulars of every denied admission): None.

7. That Petitioner is a member of good standing in the following Bar Associations: Louisiana State Bar Association, State Bar of Texas, North Carolina State Bar and the District of Columbia Bar.

8. Petitioner has filed applications(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA-10-2) during the past three (3) years in the following matters: (Sate "none" if no applications.):

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF LOUISIANA )
)
PARISH OF EAST BATON ROUGE )

R. Andrew Patty II, Petitioner, being first duly sworn, deposes and says: That the

595431.1
- 3 -

foregoing statements are true.

*/s/ A. Andrew Patty Jr.*
Petitioner

Subscribed and sworn to before me this 11th day of April, 2019 by _____.

*/s/ Deborah A. Brouillette*
Notary Public
Deborah A. Brouillette
La. Notary No. 62220

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Rew R. Goodenow, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is, c/o Parsons Behle & Latimer, 50 W. Liberty Street, Suite 750, Reno, NV 89501; (775) 323-16501; RGoodenow@parsonsbehle.com. By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Rew R. Goodenow as their Designated Resident Nevada Counsel in this case.

*/s/*
Party's signature

Nathan Dunn, Counsel
Print Party Name, Title

for Albemarle Corporation

595431.1

- 4 -

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Rew. R. Goodenow, Designated Resident Nevada Counsel
Bar Number: 3722
Email: RGoodenow@parsonsbehle.com

APPROVED:

Dated this 15th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

595431.1

- 5 -



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## Randel Andrew Patty II

was duly qualified and admitted on **March 9, 2018** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on March 28, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

## *RANDEL ANDREW PATTY, II ESQ., #23892*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 6th Day of October, 1995 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 1st Day of April, 2019, A.D.

_____
Clerk of Court
Supreme Court of Louisiana

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Amy L. Funderburk, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 18, 1990, license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

## RANDEL ANDREW PATTY, II

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in Raleigh, this April 2, 2019.

*Amy L. Funderburk*
Amy L. Funderburk
Clerk of the Supreme Court
of the State of North Carolina

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Randel Andrew Patty II**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 13th day of August, 2009.

I further certify that the records of this office show that, as of this date

**Randel Andrew Patty II**

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 26th day of March, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2046C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 12th day of April, 2019, I filed a true and correct copy of the foregoing VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

Adam A. Hubbard aahubbard@hollandhart.com

Robert C. Ryan rcryan@hollandhart.com

Teague I. Donahey tidonahey@hollandhart.com

Timothy A. Lukas tlukas@hollandhart.com

James D. Boyle jboyle@nevadafirm.com

Clark V. Vellis cvellis@nevadafirm.com

Marc Y. Lazo mlazo@kllawgroup.com

/s/ Kathy Souviron
Employee of Parsons Behle & Latimer

4850-3132-8397v1