Rew R. Goodenow, NV Bar No. 3722
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
RGoodenow@parsonsbehle.com

Attorneys for Defendant ALBEMARLE CORPORATION

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS and METALAST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC. et al, <br><br> Defendants. | Case No.: 3:19-cv-00125-MMD-CBC <br><br> District Judge Miranda M. Du <br> Magistrate Judge Carla Baldwin Carry <br><br> VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL <br><br> FILING FEE IS $250.00 |

Anderson L. Cao, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of McGlinchey Stafford with offices at 1001 McKinney St, Suite 1500, Houston, Texas 77002 (713-520-1900) (acao@mcglinchey.com).

2. That Petitioner has been retained personally or as a member of the law firm by Albemarle Corporation to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since November 2, 2001, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly

Case No.: 3:19-cv-00125-MMD-CBC

practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court for each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eastern District of Texas | 8/27/2002 | Texas State Bar No. 24031910; Federal I.D. No. 30284 |
| Southern District of Texas | 1/11/2002 | Texas State Bar No. 24031910; Federal I.D. No. 30284 |
| Northern District of Texas | 9/24/2002 | Texas State Bar No. 24031910; Federal I.D. No. 30284 |
| Western District of Texas | 10/23/2002 | Texas State Bar No. 24031910; Federal I.D. No. 30284 |
| Eastern District of Michigan | 12/16/2013 | Federal I.D. No. 30284 |
| United States Court of Appeals 5th Circuit | 9/3/2002 | Texas State Bar No. 24031910; Federal I.D. No. 30284 |
| United States Court of Appeals for the Federal Circuit | 7/29/2014 | Texas State Bar No. 24031910; Federal I.D. No. 30284 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial,

- 2 -

regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

6. That Petitioner has never been denied admission to the State Bar of Nevada? (Give particulars of every denied admission): None.

7. That Petitioner is a member of good standing in the following Bar Associations: American Bar Association and the State Bar of Texas.

8. Petitioner has filed applications(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA-10-2) during the past three (3) years in the following matters: (Sate "none" if no applications.):

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

- 3 -

STATE OF TEXAS      )
                    )
COUNTY OF HARRIS    )

Anderson L. Cao, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Anderson L. Cao, Petitioner

Subscribed and sworn to before me this 11th day of April, 2019.

_____
Notary Public

TERI ROSTRON
Notary ID #6705577
My Commission Expires
October 27, 2021

DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Rew R. Goodenow, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is, c/o Parsons Behle & Latimer, 50 W. Liberty Street, Suite 750, Reno, NV 89501; (775) 323-16501; RGoodenow@parsonsbehle.com. By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

- 4 -

4822-5067-4062v1

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Rew R. Goodenow as their Designated Resident Nevada Counsel in this case.

_____
Party's signature

Nathan Dunn, Counsel
Print Party Name, Title
for Albemarle Corporation

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Rew. R. Goodenow, Designated Resident Nevada Counsel
Bar Number: 3722
Email: RGoodenow@parsonsbehle.com

APPROVED:
Dated this 15th day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE

4822-5067-4062v1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Anderson Lam Cao**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2001.

I further certify that the records of this office show that, as of this date

**Anderson Lam Cao**

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 10th day of April, 2019.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5132C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 12th day of April, 2019, I filed a true and correct copy of the foregoing VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

Adam A. Hubbard aahubbard@hollandhart.com

Robert C. Ryan rcryan@hollandhart.com

Teague I. Donahey tidonahey@hollandhart.com

Timothy A. Lukas tlukas@hollandhart.com

James D. Boyle jboyle@nevadafirm.com

Clark V. Vellis cvellis@nevadafirm.com

Marc Y. Lazo mlazo@kllawgroup.com

/s/ Kathy Souviron
Employee of Parsons Behle & Latimer

4850-3132-8397v1