| | |
|---|---|
| 1 | |
| 2 | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID M. SEMAS, et al.,

       Plaintiff(s),

  vs.

CHEMETALL US, INC., et al.,

       Defendant(s).

Case #3:19-cv-00125-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

       Teague I. Donahey, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Holland & Hart LLP
(firm name)

with offices at 800 West Main Street, Suite 1750,
(street address)

Boise, Idaho, 83702,
(city) (state) (zip code)

(208) 342-5000, tidonahey@hollandhart.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

see attached list to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **May 5, 2016** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **Idaho** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of California | December 7, 1998 | 197531 |
| Northern District of California | December 7, 1998 | |
| U.S. Court of Appeals for the Ninth Circuit | January 13, 1999 | |
| Central District of California | May 25, 2000 | |
| Southern District of California | October 3, 2000 | |
| Eastern District of California | January 29, 2002 | |
| U.S. Court of Appeals for the Federal Circuit | January 23, 2004 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Idaho State Bar and California State Bar, American Bar Association, Federal Circuit Bar Association, Federal Bar Association, American Intellectual Property Law Association, ITC Trial Lawyers Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| August 1, 2016 | 2:14-cv-01483 | U.S. District Court | Granted |
| March 16, 2017 | 3:06-cv-00698 | U.S. District Court | Granted |
| April 26, 2017 | 3:15-cv-00294 | U.S. District Court | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Idaho_____ )
                            )
COUNTY OF _____Ada_____   )

_____Teague I. Donahey_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14th__ day of __March__, __2019__.

__Nancy Hammond__
Notary Public or Clerk of Court

NANCY HAMMOND
COMMISSION #17514
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 06/12/2021

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Robert C. Ryan_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____5441 Kietzke Lane, Second Floor_____,
(street address)

_____Reno_____, _____NV_____, _____89511_____,
(city)           (state)           (zip code)

__(775) 327-3042__, __rcryan@hollandhart.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Robert C. Ryan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

[SEE ATTACHED]
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
7164                rcryan@hollandhart.com
Bar number          Email address

APPROVED:

Dated: this 17th day of April, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Holland & Hart LLP List of Clients

1. Chemeon Surface Technology, LLC
2. Chemetall US, Inc.
3. BASF Corporation
4. QualiChem, Inc.
5. John Schneider & Associates, Inc.
6. Broco Products, Inc.
7. Ronatec C2C, Inc.
8. Electroplating Consultants International, Inc.
9. Southern Industrial Chemicals, Inc.

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_____
(signature)

DEAN MEILING, CFO
(name and title)

For: CHEMEON SURFACE TECHNOLOGY
(name of party)

Date 4/1/2019

12165996_1

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David Semas, et al., v. Chemetall US, Inc., et al.* Case No. 3:19-cv-00125-MMD-CBC.

*Michaela O'Brien* (signature)

Michaela O'Brien
Assistant General Counsel
BASF Corporation

For: Chemetall US, Inc.

April 2, 2019

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David Semas, et al., v. Chemetall US, Inc., et al.* Case No. 3:19-cv-00125-MMD-CBC.

*Michaela O'Brien*

Michaela O'Brien
Assistant General Counsel
BASF Corporation

For:   BASF Corporation

April 2, 2019

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_____
(signature)

Dennis Butt, Executive Vice President
(name and title)

For: QualiChem, Inc.
(name of party)

4/9/19
Date

12165996_1

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_____
(signature)

_MARK STELSON President_
(name and title) _John Schneider & Associates Inc_

For: _____
(name of party)

_March 5, 2019_
Date

12165996_1

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_____
(signature)

STEPHEN C. BROWN / PRESIDENT
_____
(name and title)

For: BROCO PRODUCTS, INC.
_____
(name of party)

Date 4/2/19
_____

12165996_1

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_____
(signature)

SHAWN J. WetherAld - President
_____
(name and title)

For: Ronatec C2C Inc
_____
(name of party)

4/15/2019
_____
Date

12165996_1

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_____J.A.G._____
(signature)

_Jeffrey A. Guernsey, President_
(name and title)

For: __ECJ__
(name of party)

__4-3-19__
Date

12165996_1

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Robert C. Ryan as its Designated Resident Nevada Counsel in *David M. Semas, et al. v. Chemetall US, Inc., et al.*, Case No. 3:19-cv-00125-MMD-CBC.

_Wayne Chandler_
(signature)

_Wayne Chandler President_
(name and title)

For: _SIC Technologies_
(name of party)

_April 2, 2019_
Date

12165996_1

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

March 4, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, TEAGUE IAN DONAHEY, #197531 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records

# CERTIFICATE OF GOOD STANDING

## *Teague Ian Donahey*

This is to certify that Teague Ian Donahey is an Active Member in good standing of the Idaho State Bar as defined by Idaho Bar Commission Rule (I.B.C.R.) 301(i).

Mr. Donahey was admitted to the Idaho State Bar by examination on May 5, 2016 and has been an Active member since admission.

_____March 11, 2019_____
Date

_____ /s/ _____
Diane K. Minnich, Executive Director

I.B.C.R. 301. Definitions.
\* \* \*
(i) Good Standing. The standing of a member of the Bar who is in compliance with the licensing requirements of Rule 302 and whose right to practice law is not currently limited under I.B.C.R. Section V [Rules for Review of Professional Conduct] by order of the Supreme Court.
\* \* \*

To request a discipline report, please contact the Bar Counsel's Office at the address below.

IDAHO STATE BAR
P. O. Box 895
Boise, Idaho 83701
(208) 334-4500
Fax: (208) 334-2764