## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAVID M. SEMAS; and METALAST, INC., a Nevada corporation,

        Plaintiff(s),

vs.

CHEMETALL US, INC., a Delaware corporation, et al.

        Defendant(s).

Case # 3:19-cv-00125-MMD-CBC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Marc Y. Lazo_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____K&L Law Group, P.C._____
(firm name)

with offices at _____2105 Foothill Boulevard, Suite B121_____,
(street address)

_____La Verne_____, _____California_____, _____91750_____,
(city) (state) (zip code)

_____(800) 596-0370_____, _____mlazo@kllawgroup.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____See attached_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since August 13, 2015 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of California | December 3, 2001 | 215998 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Supreme Court of California, suspended from practice May 15, 2015, reinstated August 13, 2015.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

California.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
)
COUNTY OF __Los Angeles__ )

__Marc Y. Lazo__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__10th__ day of __April__, __2019__

_____
Notary Public or Clerk of Court

ROSIE CANTILLO
Commission No. 2114429
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires JUNE 7, 2019

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __James D. Boyle__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__400 S. Fourth Street, Third Floor__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city) (state) (zip code)

__702-791-0308__, __jboyle@nevadafirm.com__.
(area code + telephone number) (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____JAMES D. BOYLE_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_, an individual
(party's signature)

David M. Semas
(type or print party name, title)

_[signature]_, President
(party's signature)

Metalast, Inc.
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

08384                    jboyle@nevadafirm.com
Bar number               Email address

APPROVED:

Dated: this 6th day of May, 20 19.

_[signature]_
UNITED STATES DISTRICT JUDGE

5                                          Rev. 5/16

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

April 2, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARC YOUSSEF LAZO, #215998 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2001; that said public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); that on December 11, 2012, a notice of disciplinary charges directed to the member was issued to commence formal disciplinary proceedings and hearings; that from the date of admission to May 15, 2015, he was an ACTIVE member of the State Bar of California; that on May 15, 2015, he was suspended from the practice of law in California by order of the Supreme Court; that said suspension remained in effect until August 13, 2015, upon which date he was reinstated to the ACTIVE status; and that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records