Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com

Benjamin N. Simler (Admitted Pro Hac Vice)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749
Phone: (303) 295-8000
Fax: (303) 975-5341
bnsimler@hollandhart.com

Teague I. Donahey (Admitted Pro Hac Vice)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Phone: (208) 342-5000
Fax: (208) 343-8869
tidonahey@hollandhart.com

*Attorneys for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Broco Products, Inc., Ronatec C2C, Inc., Electroplating Consultants International, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company, and Proposed Intervenor CHEMEON Surface Technology, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**    ORDER

| | |
|---|---|
| DAVID M. SEMAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC., et al., <br><br> Defendants. | No. 3:19-cv-00125-~~MMD~~-CBC <br><br> **MOTION FOR WITHDRAWAL OF ADAM A. HUBBARD AS COUNSEL** |

The undersigned, on behalf of Adam A. Hubbard ("Withdrawing Counsel"), respectfully requests that this Court enter an Order granting Withdrawing Counsel permission to withdraw as counsel of record for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Broco Products, Inc., Ronatec C2C, Inc., Electroplating Consultants International, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company, and Proposed Intervenor CHEMEON Surface Technology, LLC (collectively "Represented Parties"). As grounds for this motion, the undersigned states as follows:

1. Withdrawing Counsel has left the employment of Holland & Hart LLP and is no longer associated with the firm.

2. Attorneys Robert C. Ryan, Timothy A. Lukas, Teague I. Donahey, and Benjamin N. Simler, all also of Holland & Hart LLP, will continue as counsel of record for Represented Parties.

3. Pursuant to LR IA 11-6(b), the undersigned certifies that Represented Parties and opposing counsel have been given notice of Withdrawing Counsel's withdrawal.

4. Withdrawing Counsel's withdrawal will not in any way delay any aspect of this litigation, which has been stayed, or result in prejudice to any party.

Wherefore, the undersigned respectfully requests that the Court enter an order permitting Mr. Hubbard to withdraw as counsel of record in this matter.

DATED this 29th day of July, 2019.

Respectfully submitted,

/s/ Robert C. Ryan
Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Teague I. Donahey (Admitted Pro Hac Vice)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702

Benjamin N. Simler (Admitted Pro Hac Vice)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80201-8749

*Attorneys for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Broco Products, Inc., Ronatec C2C, Inc., Electroplating Consultants International, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company, and Proposed Intervenor CHEMEON Surface Technology, LLC*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: 7/30/2019