| | |
|---|---|
| 1 | Rew R. Goodenow, NV Bar No. 3722 |
| 2 | PARSONS BEHLE & LATIMER<br>50 W. Liberty Street, Suite 750 |
| 3 | Reno, NV 89501<br>(775) 323-1601 |
| 4 | RGoodenow@parsonsbehle.com |

R. Andrew Patty II (LA Bar No. 23892) (pro hac vice)
McGlinchey Stafford PLLC
310 Main Street, Suite 1400
Baton Rouge, LA 70801
(225) 383-9000
dpatty@mcglinchey.com

Attorneys for **ALBEMARLE CORPORATION**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS and METALAST, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMETALL US, INC. et al,<br><br>Defendants.<br>_____<br>CHEMEON SURFACE TECHNOLOGY, LLC,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., et al.<br><br>Defendants. | Case No.: 3:19-cv-00125-MMD-CBC<br><br>District Judge Miranda M. Du<br>Magistrate Judge Carla Baldwin Carry |

## ALBEMARLE CORPORATION'S

## STIPULATION OF WITHDRAWAL OF ATTORNEY ANDERSON L. CAO

16452633.1

Defendant ALBEMARLE CORPORATION ("Albemarle") by its attorneys, respectfully submit this Stipulation of Withdrawal of Attorney Anderson L. Cao (TX Bar No. 24031910) (*pro hac vice*).

Attorney Anderson L. Cao is no longer employed by the law firm of McGlinchey Stafford, PLLC and, therefore, no longer represents Albemarle. Mr. Cao and Albemarle, therefore, respectfully stipulate to the removal of Anderson L. Cao from all service lists associated with this case.

R. Andrew Patty II (LA Bar No. 23892) (*pro hac vice*) (new Lead) of the law firm McGlinchey Stafford, PLLC and Rew R. Goodenow (NV Bar No. 3722) of the law firm Parsons Behle & Latimer remain as counsel for Defendant Albemarle Corporation.

Respectfully submitted this 5th day of March, 2021.

**PARSONS BEHLE & LATIMER**

By: /s/ Rew R. Goodenow
Rew R. Goodenow, NV Bar No. 3722
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: (775) 323-1601

Attorneys for *Defendant*
**ALBEMARLE CORPORATION**

IT IS SO STIPULATED:

| | |
|---|---|
| Anderson L. Cao | ALBEMARLE CORPORATION |
| Signed: /s/ Anderson L. Cao | Signed: /s / Nathan C. Dunn |
| Anderson L. Cao | Nathan C. Dunn, Patent Counsel |

IT IS SO ORDERED.

Dated: March 5, 2021

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 5th day of March, 2021, I filed a true and correct copy of the foregoing ALBEMARLE CORPORATION'S STIPULATION OF WITHDRAWAL OF ATTORNEY ANDERSON L. CAO with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

Anderson L. Cao  acao@mcglinchey.com, trostron@mcglinchey.com

Benjamin Nichols Simler  bnsimler@hollandhart.com, intaketeam@hollandhart.com, wdbray@hollandhart.com

Clark V Vellis  cvellis@nevadafirm.com, cmiller@nevadafirm.com

James D. Boyle  jboyle@nevadafirm.com, ahughes@nevadafirm.com, bboschee@nevadafirm.com, doug@nevadafirm.com, kmacelwain@nevadafirm.com, tiplit@nevadafirm.com

Joshua Michael Halen  jmhalen@hollandhart.com, abrown@hollandhart.com, carnold@hollandhart.com, intaketeam@hollandhart.com

Marc Y Lazo  mlazo@kllawgroup.com, gkim@kllawgroup.com, rcantillo@kllawgroup.com

Randel Andrew Patty, II  dpatty@mcglinchey.com, docket-ip@mcglinchey.com

Robert C. Ryan  rcryan@hollandhart.com, Intaketeam@hollandhart.com, RenoFedECF@hollandhart.com

Teague I. Donahey  tidonahey@hollandhart.com, intaketeam@hollandhart.com, njhammond@hollandhart.com

Timothy A. Lukas  tlukas@hollandhart.com, abrown@hollandhart.com, carnold@hollandhart.com, intaketeam@hollandhart.com

           /s/ Tracy L. Brown
        Employee of Parsons Behle & Latimer

16452633.1