Rew R. Goodenow, NV Bar No. 3722
PARSONS BEHLE & LATIMER
50 W. Liberty Street, Suite 750
Reno, NV 89501
(775) 323-1601
RGoodenow@parsonsbehle.com

R. Andrew Patty II (LA Bar No. 23892) (pro hac vice)
McGlinchey Stafford PLLC
310 Main Street, Suite 1400
Baton Rouge, LA 70801
(225) 383-9000
dpatty@mcglinchey.com

Attorneys for **ALBEMARLE CORPORATION**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS and METALAST, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMETALL US, INC. et al,<br><br>Defendants.<br>___<br>CHEMEON SURFACE TECHNOLOGY, LLC,<br><br>v.<br><br>METALAST INTERNATIONAL, INC., et al.<br><br>Defendants. | Case No.: 3:19-cv-00125-CLB<br><br>District Judge Miranda M. Du<br>Magistrate Judge Carla Baldwin Carry |

## ALBEMARLE CORPORATION'S

## STIPULATION OF WITHDRAWAL OF ATTORNEY ANDERSON L. CAO

16452633.1

| | |
|---|---|
| 1 | Defendant ALBEMARLE CORPORATION ("Albemarle") by its attorneys, |
| 2 | respectfully submit this Stipulation of Withdrawal of Attorney Anderson L. Cao (TX |
| 3 | Bar No. 24031910) (*pro hac vice*). |
| 4 | Attorney Anderson L. Cao is no longer employed by the law firm of McGlinchey |
| 5 | Stafford, PLLC and, therefore, no longer represents Albemarle. Mr. Cao and Albemarle, |
| 6 | therefore, respectfully stipulate to the removal of Anderson L. Cao from all service lists |
| 7 | associated with this case. |
| 8 | R. Andrew Patty II (LA Bar No. 23892) (*pro hac vice*) (new Lead) of the law |
| 9 | firm McGlinchey Stafford, PLLC and Rew R. Goodenow (NV Bar No. 3722) of the law |
| 10 | firm Parsons Behle & Latimer remain as counsel for Defendant Albemarle Corporation. |
| 11 | Respectfully submitted this 5th day of March, 2021. |

**PARSONS BEHLE & LATIMER**

By:  /s/ Rew R. Goodenow
Rew R. Goodenow, NV Bar No. 3722
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone:  (775) 323-1601

Attorneys for *Defendant*
**ALBEMARLE CORPORATION**

IT IS SO STIPULATED:

| Anderson L. Cao | ALBEMARLE CORPORATION |
|---|---|
| Signed: /s/ Anderson L. Cao | Signed: /s / Nathan C. Dunn |
| Anderson L. Cao | Nathan C. Dunn, Patent Counsel |

IT IS SO ORDERED.

Dated: March 5, 2021

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 5th day of March, 2021, I filed a true and correct copy of the foregoing ALBEMARLE CORPORATION'S STIPULATION OF WITHDRAWAL OF ATTORNEY ANDERSON L. CAO with the Clerk of the Court through the Court's CM/ECF system, which sent electronic notification to the following:

Anderson L. Cao   acao@mcglinchey.com, trostron@mcglinchey.com

Benjamin Nichols Simler   bnsimler@hollandhart.com, intaketeam@hollandhart.com, wdbray@hollandhart.com

Clark V Vellis   cvellis@nevadafirm.com, cmiller@nevadafirm.com

James D. Boyle   jboyle@nevadafirm.com, ahughes@nevadafirm.com, bboschee@nevadafirm.com, doug@nevadafirm.com, kmacelwain@nevadafirm.com, tiplit@nevadafirm.com

Joshua Michael Halen   jmhalen@hollandhart.com, abrown@hollandhart.com, carnold@hollandhart.com, intaketeam@hollandhart.com

Marc Y Lazo   mlazo@kllawgroup.com, gkim@kllawgroup.com, rcantillo@kllawgroup.com

Randel Andrew Patty , II   dpatty@mcglinchey.com, docket-ip@mcglinchey.com

Robert C. Ryan   rcryan@hollandhart.com, Intaketeam@hollandhart.com, RenoFedECF@hollandhart.com

Teague I. Donahey   tidonahey@hollandhart.com, intaketeam@hollandhart.com, njhammond@hollandhart.com

Timothy A. Lukas   tlukas@hollandhart.com, abrown@hollandhart.com, carnold@hollandhart.com, intaketeam@hollandhart.com

       /s/ Tracy L. Brown  
    Employee of Parsons Behle & Latimer

16452633.1