Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
Joshua M. Halen (#13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

Teague I. Donahey (pro hac vice)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Phone: (208) 342-5000
Fax: (208) 343-8869
tidonahey@hollandhart.com

*Attorneys for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc. Broco Products, Inc., Electroplating Consultants International, Inc., and Miles Chemical Company and Proposed Intervenor Chemeon Surface Technology*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC., et al., <br><br> Defendants. | No. 3:19-cv-00125-CLB <br><br> **ORDER** |

Upon consideration of the Motion for Withdrawal of Benjamin N. Simler as Counsel, it is hereby:

ORDERED that motion is GRANTED, and Benjamin N. Simler is permitted to withdraw and his appearance hereby is WITHDRAWN as counsel of record for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc., Broco Products, Inc., Electroplating Consultants International, Inc., and Miles Chemical Company and Intervenor Chemeon Surface Technology.

The Clerk of the Court is directed to remove Mr. Simler from future ECF filings and electronic notifications in this case.

BY THE COURT:

*[signature]*

United States Magistrate Judge

16932746