**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| DAVID SEMAS, and METALAST, INC, <br><br> Plaintiffs, <br><br> v. <br><br> CHEMETALL US, INC., *et al.*, <br><br> Defendants. | Case No. 3:19-CV-0125-CLB <br><br> **ORDER GRANTING SUBSTITUTIONS OF COUNSEL** <br><br> [ECF Nos. 179, 180, 181] |

Before the Court are three substitutions of counsel. (ECF Nos. 179, 180, 181.) David Semas seeks to substitute himself in pro se in the place and stead of Marc Y. Lazo, K&L Law Group, P.C., James Boyle, the law firm of Holley Driggs, Clark Vellis, and Quintairos, Prieto, Wood and Boyer, P.A.. (*Id.*) The substitutions are **GRANTED** as to the individual Plaintiff David Semas ("Semas") only.

A copy of this order and all documents hereafter filed shall be served on  via regular mail at the following address:

> David Semas
> 300 Irvine Center Drive, Suite 400
> Irvine, California  92618

The substitutions are silent as to Plaintiff Metalast, Inc. Metalast is advised that the Ninth Circuit has held that a corporation and other unincorporated associations may only appear in federal court through an attorney. *United States v. High Country Broadcasting Co., Inc.,* 3 F.3d 1244 (9th Cir. 1993); *Licht v. America West Airlines*, 40 F.3d 1058 (9th Cir. 1994). Therefore, Marc Lazo, K&L Law Group, P.C., James Boyle and the law firm of Holley Driggs shall remain as counsel of record until a substitution of counsel is filed with an attorney representing Metalast or a motion to withdraw has been filed.

**DATED**: _May 2, 2022_____.

_____
**UNITED STATES MAGISTRATE JUDGE**