# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID M. SEMAS, *et. al.*,<br><br>                              Plaintiffs,<br><br>  v.<br><br>CHEMETALL US, INC., *et. al.*,<br><br>                              Defendants. | Case No. 3:19-CV-00125-CLB<br><br>**ORDER** |

On June 27, 2022, the Court lifted the stay in this case and ordered the parties to provide a status report concerning how they wished to proceed. (*See* ECF No. 183.) On July 11, 2022, Plaintiffs David M. Semas and Metalast, Inc. ("Plaintiffs") filed a status report and motion for leave to file a second-amended complaint. (ECF Nos. 186, 187.) On July 18, 2022, Defendants Chemetall US, Inc., BASF Corporation, John Schneider and Associates, Inc., Miles Chemical Company, QualiChem Inc., Ronatec C2C, Inc., and Southern Industrial Chemicals, Inc., (collectively referred to as "Chemetall Defendants") filed their status report. (ECF No. 188.) On July 18, 2022, Defendant Albemarle Corporation ("Albemarle") also filed a status report. (ECF No. 189.)

The Court has reviewed the status reports and agrees with the Chemetall Defendants and Albemarle that further briefing is warranted as to whether the lifting of the stay in this case was premature. Accordingly, any party requesting a further stay of this case shall file a motion to stay on or before **August 3, 2022**. Any opposition to such motion shall be filed on or before **August 24, 2022**. Any reply shall be filed on or before **September 7, 2022**. Additionally, briefing on Plaintiffs' motion for leave to file a second-amended complaint, (ECF No. 187), is **STAYED** until further order of the Court.

**DATE:** July 21, 2022_____.

_____
**UNITED STATES MAGISTRATE JUDGE**