UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CHEMETALL US, INC., et al.,<br><br>    Defendants. | No. 3:19-cv-00125-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION TO LIFT STAY**<br><br>**FIRST REQUEST** |

Plaintiffs David Semas and Metalast, Inc., by and through counsel, and Defendants Chemetall US, Inc.; BASF Corporation; QualiChem, Inc.; John Schneider & Associates, Inc.; Ronatec C2C, Inc.; Southern Industrial Chemicals, Inc.; and Miles Chemical Company, by and through counsel, stipulate as follows:

1.  On February 6, 2023, Plaintiffs filed a Motion to Lift Stay based on an order and judgment entered in *Chemeon Surface Technology, LLC v. Metalast International, Inc.*, Case No. 3:15-cv-00294 (ECF No. 200).

2.  Defendants' Response to the Motion to Stay is due on February 21, 2023. *See* Fed. R. Civ. P. 6(a); Local Rule LR 7-2(b).

3.  The parties stipulate and agree that Defendants' Response to the Motion to Stay shall be extended and that the Response shall be filed on or before **February 28, 2023**.

4.  This is the first request to extend to the time to file a Response to the Motion to Lift Stay.

///

///

///

///

- 1 -

5. Pursuant to LR IA 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. Because of the unavailability of Defendants' counsel during periods of February, it be would very difficult and impose an undue burden on their clients and counsel to meet the current filing deadline for filing an opposition to Semas' motion to lift stay in this case. Counsel do not believe that the short extension requested would cause any undue delay in this case. Defendants' counsel believes the extension allows for a better and more complete resolution of the pending motion.

**IT IS SO STIPULATED.**

DATED this 17th day of February, 2023.

HOLLAND & HART LLP

/s/ Timothy A. Lukas

Robert C. Ryan (NSBN 7164)
Timothy A. Lukas (NSBN 4678)
Joshua M. Halen (NSBN 13885)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511

Teague I. Donahey (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702

*Attorneys for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company*

DATED this 17th day of February, 2023.

HOY CHRISSINGER KIMMEL
VALLAS PC

/s/ Michael D. Hoy

Michael D. Hoy (NSBN 2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501

*Attorneys for Plaintiffs*

**ORDER**

Accordingly, Defendants' response to the motion to stay shall be filed on or before **Tuesday, February 28, 2023**.

**IT IS SO ORDERED.**

DATED: February 17, 2023.

_____
UNITED STATES MAGISTRATE JUDGE