PARSONS BEHLE & LATIMER
Rew R. Goodenow, Esq., Nevada Bar No. 3722
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Facsimile: (775) 348-7250
Email: RGoodenow@parsonsbehle.com
ecf@parsonsbehle.com
*and*
R. Andrew Patty II (*Admitted Pro Hac Vice*)
Lindsay Calhoun (*Admitted Pro Hac Vice*)
Phelps Dunbar, LLP
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone: (225) 345-0285
Facsimile: (225)381-9197
Email: drew.patty@phelps.com
lindsay.calhoun@phelps.com
ipdocket@phelps.com

*Attorneys for Defendant*
*ALBEMARLE CORPORATION*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS; et al., | Case No. 3:19-cv-00125-CLB |
| Plaintiffs, | |
| vs. | **ORDER GRANTING STIPULATION FOR LEAVE TO FILE AMENDED MOTION TO DISMISS AND EXHIBITS** |
| CHEMETALL US, INC.; et al., | |
| Defendants. | |

For the reasons set forth below, Defendant Albemarle Corporation ("Albemarle") and Plaintiffs David M. Semas and Metalast Inc. ("Plaintiffs") stipulate that Albemarle may file an amended Motion to Dismiss to correct filing errors related to Albemarle's exhibits to its Motion to Dismiss.

**RECITALS**

1. On July 12, 2024, pursuant to the briefing schedule set forth in the Court's Minutes of Proceedings for the June 11, 2024 virtual motion hearing (ECF 212), Albemarle filed its Motion to Dismiss (ECF 218), the Declaration of Lindsay Calhoun in Support of Motion to Dismiss (ECF

1  219) ("Calhoun Declaration"), and accompanying exhibits (ECF 219-1 through ECF 219-18).

2      2.    Albemarle now seeks to correct that filing in order to file the Calhoun Declaration and its accompanying exhibits as attachments to its main document, that is, the Motion to Dismiss.

    3.    Counsel for Albemarle conferred with counsel for Plaintiffs on this issue, and Plaintiffs have no objection to the proposed corrected filing.

    4.    Plaintiffs have requested a one (1) day extension to file their Opposition to the amended Motion to Dismiss, that is, through July 18, 2024. Albemarle has no objection to Plaintiffs' requested extension.

## STIPULATION

Through counsel, Plaintiffs and Albemarle agree:

    1.    Albemarle shall have leave to file an amended Motion to Dismiss, Calhoun Declaration, and accompanying exhibits, which filing shall replace Albemarle's previous filings at ECF 218, 219, and 219-1 through 219-18 (collectively, the "Motion to Dismiss").

    2.    Plaintiffs shall have until July 18, 2024 to file an Opposition to the amended Motion to Dismiss.

/ / /

3. Albemarle shall file a reply to Plaintiffs' Opposition to the amended Motion to Dismiss according to the Court's original briefing schedule set forth in ECF 212, that is, by July 24, 2024.

Dated: July 16, 2024

PARSONS BEHLE & LATIMER

/s/ Rew Goodenow
Rew R. Goodenow, NV Bar No. 3722
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
Email: RGoodenow@parsonsbehle.com
 -and-
R. Andrew Patty II (*Admitted Pro Hac Vice*)
Lindsay Calhoun (*Admitted Pro Hac Vice*)
Phelps Dunbar, LLP
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Telephone: (225) 345-0285
Email:  drew.patty@phelps.com
            lindsay.calhoun@phelps.com
*Attorneys for Defendant*
ALBEMARLE CORPORATION

Dated: July 16, 2024

HOY, CHRISSINGER VALLAS, PC

/s/Michael D. Hoy
Michael D. Hoy
50 West Liberty Street, Suite 840
Reno, Nevada 89501
Telephone: (775) 786-8000
Email: mhoy@nevadalaw.com

*Attorney for Plaintiffs David M. Semas and Metalast, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July __17__, 2024

3

46081771.1