Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
Joshua M. Halen (#13885)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

Teague I. Donahey (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Phone: (208) 342-5000
Fax: (208) 343-8869
tidonahey@hollandhart.com

*Attorneys for Defendants Chemetall US, Inc.,
BASF Corporation, QualiChem, Inc.,
John Schneider & Associates, Inc.,
Ronatec C2C, Inc., Southern Industrial
Chemicals, Inc., and Miles Chemical Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHEMETALL US, INC., et al.,<br><br>　　　　Defendants. | No. 3:19-cv-00125-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**<br><br>**FIRST REQUEST** |

Plaintiffs David Semas and Metalast, Inc., by and through counsel, and Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company (collectively, "Defendants"), by and through counsel, stipulate as follows:

1. On October 8, 2024, Defendants filed Defendants' Motion for Attorneys' Fees (ECF 232) (the "Motion").

2. On October 22, 2024, Plaintiffs filed their Opposition to Motion for Attorneys' Fees (ECF 234).

- 1 -

3. Defendants' Reply in support of their Motion is due on October 29, 2024. *See* Fed. R. Civ. P. 6(a); Local Rule LR 7-2(b).

4. The parties stipulate and agree that Defendants' Reply in support of their Motion shall be extended 1 week and that the Reply shall be filed on or before November 5, 2024.

5. This is the first request to extend to the time to file a Reply to the Motion..

6. Pursuant to LR IA 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. Because of the unavailability of Defendants' counsel due to personal leave by Mr. Lukas and Mr. Halen and business travel by Mr. Ryan, it would be very difficult and impose an undue burden on their clients and counsel to meet the current filing deadline for filing the Reply in support of their Motion. Counsel do not believe that the short extension requested would cause any undue delay in this case. Defendants' counsel believes the extension allows for a better and more complete resolution of the pending motion.

**IT IS SO STIPULATED.**

DATED this 24th day of October, 2024.

HOLLAND & HART LLP

  /s/ Timothy A. Lukas
Robert C. Ryan (NSBN 7164)
Timothy A. Lukas (NSBN 4678)
Joshua M. Halen (NSBN 13885)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511

Teague I. Donahey (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
*Attorneys for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company*

DATED this 24th day of October, 2024.

HOY CHRISSINGER KIMMEL VALLAS PC

  /s/ Michael D. Hoy
Michael D. Hoy (NSBN 2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 24, 2024