Robert C. Ryan (#7164)
Timothy A. Lukas (#4678)
Joshua M. Halen (#13885)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511
Phone: (775) 327-3000
Fax: (775) 786-6179
rcryan@hollandhart.com
tlukas@hollandhart.com
jmhalen@hollandhart.com

Teague I. Donahey (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
Phone: (208) 342-5000
Fax: (208) 343-8869
tidonahey@hollandhart.com

*Attorneys for Defendants Chemetall US, Inc.,
BASF Corporation, QualiChem, Inc.,
John Schneider & Associates, Inc.,
Ronatec C2C, Inc., Southern Industrial
Chemicals, Inc., and Miles Chemical Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID M. SEMAS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CHEMETALL US, INC., et al.,<br><br>　　　　Defendants. | No. 3:19-cv-00125-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AMENDED BILLING REPORT IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**<br><br>**FIRST REQUEST** |

　　　　Plaintiffs David Semas and Metalast, Inc., by and through counsel, and Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company (collectively, "Defendants"), by and through counsel, stipulate as follows:

　　　　1.　　On January 16, 2025, the Court entered its Order directing that Defendants submit its amended billing entries, and if applicable, a privilege log, within 21 days of the order, February 6, 2025.

2. Defendants' counsel have been working diligently to meet today's deadline. Holland & Hart's document management system is currently being affected by internet outages in Denver, the location of Holland & Hart's main office making final verification of the multiple time entry explanations very cumbersome and time consuming for the final pleading.

3. The parties stipulate and agree that Defendants' amended billing entries and privilege log, if applicable, shall be extended 1 Day and shall be submitted on or before 5:00 p.m. on February 7, 2025.

4. This is the first request to extend to the time.

5. Pursuant to LR IA 6-1, this first request for an extension is made with good cause and in good faith and not for purposes of delay. Counsel do not believe that the short extension requested would cause any undue delay in this case.

**IT IS SO STIPULATED.**

DATED this 6th day of February, 2025.

HOLLAND & HART LLP

 /s/ Timothy A. Lukas
Robert C. Ryan (NSBN 7164)
Timothy A. Lukas (NSBN 4678)
Joshua M. Halen (NSBN 13885)
HOLLAND & HART LLP
5470 Kietzke Lane, Suite 100
Reno, Nevada 89511

Teague I. Donahey (*Admitted Pro Hac Vice*)
HOLLAND & HART LLP
800 West Main Street, Suite 1750
Boise, ID 83702
*Attorneys for Defendants Chemetall US, Inc., BASF Corporation, QualiChem, Inc., John Schneider & Associates, Inc., Ronatec C2C, Inc., Southern Industrial Chemicals, Inc., and Miles Chemical Company*

DATED this 6th day of February, 2025.

HOY CHRISSINGER KIMMEL VALLAS PC

 /s/ Michael D. Hoy
Michael D. Hoy (NSBN 2723)
Bank of America Tower
50 West Liberty Street, Suite 840
Reno, Nevada 89501

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: February 6, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

33400074_v1